# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

United States of America et al

v.

Northern Indiana Public Service Company LLC

Cause No. 22-cv-00048

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Northern Indiana Public Service Company LLC

Party(s) Represented

Prefix (check one)  [x] Mr.   [ ] Ms.   [ ] Mrs.

Last Name: Joshi          First Name: Bina          Middle Name/Initial:

Generation (Sr, Jr, etc):

Firm Name: ArentFox Schiff LLP

Street Address: 233 S. Wacker Drive          Suite/Room No.: 7100

City: Chicago          State: IL          Zip: 60606

Office Telephone No.: (312) 258-5605          Fax No.: (312) 258-5600

E-Mail Address: bina.joshi@afslaw.com

**EDUCATION:**

College: University of Illinois          Degree: BA          Year Completed: 2005

Law School: University of Illinois College of Law          Year Graduated: 2008

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Illinois | 2008 | Active | 6296863 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| United States District Court Central District of IL | 2013 | Active |
| United States District Court Northern District of IL | 2009 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions? ☐ Yes (If yes, please attach an explanation) ☒ No

Applicant: I, Bina Joshi, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 3/28/2022

/s/ Bina Joshi
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____    _____
                                                            Judge, U. S. District Court

Revised 06/05/2013